UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL BRACERO,
                Plaintiff,

-vs-                                           Case No. 6:06-cv-632-Orl-28DAB

JIM PALMER,
JOHN ARGENTIERI,
J.P.A. ENTERPRISES, LLC,
                Defendants.
_____

## ORDER

This case is before the Court on the Report and Recommendation (Doc. No. 22) filed October 17, 2006 by the United States Magistrate Judge recommending that the settlement reached after a fairness hearing be approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 17, 2006 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The settlement reached by the parties is **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" of the Fair Labor Standards Act issues.

    3.    This action is dismissed with prejudice.

    4.    The Clerk is directed to close the file.

DONE and ORDERED in Chambers, Orlando, Florida this ___8___ day of November, 2006.

                                                    JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party